# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| LINDSEY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-04195-CV-C-NKL |
| | ) |
| RES-CARE PREMIER, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO RE-OPEN CASE TO
## APPROVE PARTIES' SETTLEMENT AGREEMENT

COME NOW Plaintiff Lindsey Jones and Defendant Res-Care Premier, Inc. (collectively, "the Parties"), and for their Joint Motion to Re-Open Case for Purpose of Approving Parties' Settlement Agreement, state as follows:

Plaintiff filed her Complaint on September 21, 2018, seeking payment for unpaid or under-paid wages pursuant to the Fair Labor Standards Act ("FLSA") and Missouri law. The case was filed on behalf of herself and as a putative collective action. The Court was never asked to certify the class.

On November 14, 2018, this Court dismissed the Complaint with prejudice after being advised that the Parties had agreed to settlement terms. This Court retained jurisdiction over enforcement of the settlement, and granted the Parties 45 days to move to re-open the case if settlement was not perfected.

The Parties have agreed to Settlement of Plaintiff's individual claims, and the Settlement Agreement, signed in counterpart, does not purport to settle claims of anyone

other than Plaintiff. The Parties have separately and simultaneously filed a Joint Motion Requesting *In Camera* Review of Settlement Agreement, in accordance with the confidentiality provisions in the Settlement Agreement.

The Settlement Agreement requires that this Court approve the terms of the Settlement under the FLSA prior to the Agreement being effective. Thus, the settlement has not yet been "perfected" and this Court may re-open the case in order to approve the Settlement Agreement. This Motion is filed within 45 days of the Court's November 14, 2018 Order.

The Parties seek the Court's approval of the settlement as a fair, reasonable, and adequate settlement of the Plaintiff's individual claims as identified in the Complaint. A FLSA settlement should be approved if it was reached as a result of contested litigation and is a fair and reasonable resolution of a *bona fide* dispute between the parties. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352-54 (11th Cir. 1982) (*citing Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945)). This case and the agreed-to settlement meet those requirements as to Plaintiff's claim. The Parties have mutually agreed to the terms after opportunity to negotiate, review, and consult with counsel.

WHEREFORE, the Parties jointly request that the Court re-open the case for the purpose of reviewing and approving the Parties' Settlement Agreement, that the Court grant the Parties' Joint Motion for *In Camera* Review of the Settlement Agreement filed simultaneously with this Motion, that this Court then dismiss the case with prejudice and without costs to any party, and for any other relief which the Court deems appropriate. In the alternative, if this Court does not approve the Parties' Settlement Agreement, the

Parties request that this Court re-open the case and retain jurisdiction over the proceedings.

Respectfully submitted,

/s/ Shelly A. Kintzel
Matthew A. Clement    #43833
Kari A. Schulte    #57739
Shelly A. Kintzel    #55075
**COOK, VETTER, DOERHOFF & LANDWEHR, P.C.**
231 Madison
Jefferson City, MO 65101
(573) 635-7977
(573) 635-7414 – facsimile
mclement@cvdl.net
kschulte@cvdl.net
skintzel@cvdl.net

*Attorneys for Plaintiff*

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

/s/ Ronald G. Polly, Jr.
Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
Matthew A. Boyd
Georgia Bar No. 027645
mboyd@hptylaw.com
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

Melissa A. Vaughn
Missouri Bar No. 67844MO
mvaughn@hptylaw.com
10 South Broadway Street
Suite 1300
St. Louis, Missouri 63102-1708
Telephone: (314) 678-8600
Facsimile: (314) 678-8686

*Attorneys for Defendant Res-Care Premier, Inc.*