# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| LINDSEY JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RES-CARE PREMIER, INC., ) <br> ) <br> Defendant. ) | Case No. 18-04195-CV-C-NKL |

## ORDER

The parties' joint motion to reopen the case and for approval of their settlement agreement, Doc. 16, is GRANTED. The case is reopened for the sole purpose of approving the settlement agreement. The Court, having reviewed the settlement agreement *in camera*, APPROVES the settlement agreement provided by the parties and DISMISSES this action with prejudice and without costs to any party. However, the Court retains jurisdiction over enforcement of the settlement to which the parties have agreed.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated: December 20, 2018
Jefferson City, Missouri